| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard W. Esterkin (SBN 70769)<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, California 90071<br>Telephone:  213.612.2500<br>Facsimile:  213.612.2501<br>E-mail:  richard.esterkin@morganlewis.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Amazon Logistics, Inc. | FOR COURT USE ONLY<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>4/7/2020<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___DD___ DEPUTY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br>**SCOOBEEZ, et al.[1]**,<br>      **Debtors and Debtors in Possession.**<br>Affects:<br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur LLC, ONLY<br>      Debtor(s). | USDC No.: 2:20-cv-03230-AB<br>CASE NO.: 2:19-bk-14989-WB   (Jointly Administered with 2:19-bk-14991-WB, and 2:19-bk-14997-WB)<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
| vs.<br>Plaintiff(s) (*if applicable*).<br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1:  Identify the appellant(s)**

1. Name(s) of appellant(s):  Amazon Logistics, Inc., et al.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (*describe*): Movant

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:  Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order: (a) determining that the automatic stay applied so as to require Amazon Logistics, Inc. to provide Debtor Scoobeez with business; and (b) denying relief from the automatic stay. A copy of the order being appealed from is attached hereto as Exhibit 1.

2. The date the judgment, order, or decree was entered: 04/02/2020

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Debtor Scoobeez

   Attorney:
   Ashley McDow
   FOLEY & LARDNER LLP
   555 South Flower Street, 33rd Floor
   Los Angeles, California 90017
   Telephone: 213.972.4500

2. Party: See attachment

   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Richard W. Esterkin                                          Date: 04/02/2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**Continuation Page re Parties to Appeal**

Party: Hillair Capital Mangement, LLC

Attorney:
Jennifer L. Nassiri
QUINN EMANUEL, URQUART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90071
Telephone: 213.443.3000

Party: Official Committee of Unsecured Creditors

Attorney:
David L. Neale
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: 310.229.1234

# EXHIBIT 1

Exhibit 1 - page 4

1  Ashley M. McDow (245114)
   John A. Simon (admitted Pro Hac Vice)
2  Shane J. Moses (250533)
   **FOLEY & LARDNER LLP**
3  555 S. Flower St., 33rd Floor
   Los Angeles, CA 90071
4  Telephone: 213.972.4500
   Email: amcdow@foley.com
5         jsimon@foley.com
          smoses@foley.com
6
7  Attorneys for Debtors and Debtors-in-
   Possession SCOOBEEZ, SCOOBEEZ GLOBAL,
   INC., and SCOOBUR, LLC
8

FILED & ENTERED

APR 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

9              **UNITED STATES BANKRUPTCY COURT**
10              **CENTRAL DISTRICT OF CALIFORNIA**
                **LOS ANGELES DIVISION**

11 | In re:                                    | Case No. 2:19-bk-14989-WB
12 |                                            | Jointly Administered:
   | SCOOBEEZ, et al.[1]                        | 2:19-bk-14991-WB; 2:19-bk-14997-WB
13 |                                            |
   |       Debtors and Debtors in Possession.   | Chapter 11
14 |                                            |
   | Affects:                                   | **ORDER DENYING AMAZON LOGISTICS,**
15 |                                            | **INC.'S NOTICE OF MOTION AND**
   | ■ All Debtors                              | **MOTION FOR AN ORDER: (A)**
16 |                                            | **DETERMINING THAT THE AUTOMATIC**
   | □ Scoobeez, ONLY                           | **STAY DOES NOT REQUIRE AMAZON TO**
17 |                                            | **UTILIZE DEBTORS' SERVICES AND (B)**
   | □ Scoobeez Global, Inc., ONLY              | **MODIFYING THE AUTOMATIC STAY**
18 |                                            |
   | □ Scoobur LLC, ONLY                        | Hearing:
19 |                                            |
   |                                            | Date:  March 16, 2019
20 |                                            | Time:  1:00 p.m.
   |                                            | Place: (Telephonic) Courtroom 1375
21 |                                            |        U.S. Bankruptcy Court
   |                                            |        255 East Temple Street
22 |                                            |        Los Angeles, CA 90012

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

Exhibit 1 - page 5

On or about October 28, 2019, Amazon Logistics, Inc. ("**Amazon**") filed its *Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtors' Services, and (B) Modifying the Automatic Stay* [Docket No. 393] (the "**Amazon Relief from Stay Motion**"), seeking an order (a) determining that the automatic stay does not require Amazon to utilize the Debtors' services; (b) granting Amazon relief from the automatic stay in the event the Court determined that the automatic stay requires Amazon to utilize the Debtors' services; and (c) granting Amazon relief from the automatic stay to terminate its contract with the Debtors.

On November 4, 2019, both the Official Committee of Unsecured Creditors (the "**Committee**") and Hillair Capital Management ("**Hillair**") filed their Oppositions to the Amazon Relief from Stay Motion [Docket Nos. 417 and 418, respectively]. On November 5, 2019, the Debtors filed their Opposition to the Amazon Relief from Stay Motion [Docket No. 419].

On November 11, 2019, Amazon filed its reply in support of the Amazon Relief from Stay Motion [Docket No. 430].

On February 19, 2020, the Debtors filed redacted versions of their supplemental brief in opposition to the Amazon Relief from Stay Motion [Docket No. 613] and declaration of Shane Moses [Docket No. 615] along with a motion for an order permitting them to file the foregoing documents under seal [Docket No. 616] and declaration of Shane Moses in support [Docket No. 617]. On February 21, 2020, the Court granted the Debtors' motion to file the foregoing documents under seal [Docket No. 624] and filed unredacted versions of the foregoing opposition and declaration under seal [Docket Nos. 630 and 631].

On February 19, 2020, Hillair filed a redacted version of its supplemental brief in opposition to the Amazon Relief from Stay Motion [Docket No. 609], a motion for an order permitting it to file its supplemental opposition to the Amazon Relief from Stay Motion under seal [Docket No. 601], and the Court entered an order granting that motion [Docket No. 608]. On February 20, 2020, the Court filed an unredacted version of Hillair's supplemental opposition to the Amazon Relief from Stay Motion under seal [Docket No. 620]. On March 10, 2020, Hillair filed an amended supplemental opposition with additional redactions [Docket No. 679].

On February 19, 2020, Amazon filed a motion for an order permitting it to file its supplemental brief in support of the Amazon Relief from Stay Motion under seal [Docket No. 605], and the Declarations of Tuyet. T. Nguyen and Meredith Riccio in support of that supplemental brief [Docket Nos. 606 and 607, respectively].[2] Amazon's motion to seal included, as an exhibit, a redacted version of its supplemental brief and the appendix of exhibits in support of that brief. On February 21, 2020, the Court entered an order granting Amazon's motion to file its supplemental brief and supporting appendix of exhibits under seal [Docket No. 625]. On February 24, 2020, the Court filed under seal an unredacted version of Amazon's supplement brief in support of the Amazon Motion for Relief from Stay and the appendix of exhibits in support of that brief [Docket Nos. 685 and 686, respectively].

On March 16, 2020, the above-referenced bankruptcy court (the "**Court**") held the hearing on the Amazon Relief from Stay Motion (the "**Hearing**"). Appearances were as noted in the record. The Court has duly considered all relevant pleadings, papers, and evidence filed in support of and in opposition to the Amazon Relief from Stay Motion, the record, pleadings, and other documents on file in the above-referenced jointly administered bankruptcy cases, and the statements and arguments of counsel at the Hearing.

For the reasons set forth on the record at the Hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Amazon Relief from Stay Motion is DENIED.

Date: April 2, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

---

[2] Ms. Riccio's declaration was re-filed on February 20, 2020 at the Court's request [Docket No. 623].

2. This Court retains jurisdiction regarding any issues regarding interpretation or implementation of this order.

**APPROVED AS TO FORM:**

DATED: MARCH 27, 2020                MORGAN LEWIS & BOCKIUS LLP


By:  /s/ Richard Esterkin
                RICHARD ESTERKIN
      Attorneys for Amazon Logistics, Inc.

DATED: MARCH 27, 2020                QUINN EMANUEL URQUHART & SULLIVAN LLP


By:  /s/ Jennifer Nassiri
                ERIC WINSTON
              CRYSTAL NIX-HINES
               JENNIFER NASSIRI
      Attorneys for Hillair Capital Management, LLC

DATED: MARCH 27, 2020                LEVENE NEALE BENDER YOO & BRILL L.L.P.


By:  /s/ David Neale
                DAVID NEALE
                 J.P. FRITZ

      Attorneys for the Official Committee of Unsecured Creditors

   ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Morgan Lewis & Bockius, LLP
300 S Grand Ave Fl 22, Los Angeles CA  90071-3132

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _04/02/2020_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List, Attached

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _04/02/2020_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Mailing List, Attached

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _04/02/2020_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Julia W. Brand, Suite 1382
U.S. Bankruptcy Court, Roybbal Federal Building
255 E Temple St
Los Angeles CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/02/2020 | Renee Robles | |
|---|---|---|
| Date | Printed Name | Signature |

**2:19-bk-14989-WB Service List:**

Richard T Baum on behalf of Stockholder Rosenthal Family Trust
rickbaum@hotmail.com, rickbaum@ecfinforuptcy.com

Richard W Esterkin on behalf of Creditor Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Attorney Official Committee Of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. jpf@lnbyb.com, JPF.LNBYB@ecf. inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff Official Committee of Unsecured Creditors of the Estates of Scoobeez

and Scoobeez Global, Inc.

jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Riebert Sterling Henderson on behalf of Interested Party Courtesy NEF
shenderson@gibbsgiden.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

David Brian Lally on behalf of Attorney Grigori Sedrakyan
davidlallylaw@gmail.com

David Brian Lally on behalf of Attorney Peter and Barbara Ro Trustees of the Rosenthal Family Trust UTD

3/25/1988

davidlallylaw@gmail.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Ashley M McDow on behalf of Debtor Scoobeez

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobeez Global, Inc.

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Debtor Scoobur LLC

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Ashley M McDow on behalf of Plaintiff Scoobeez, Inc.

amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. dba Bentley Financial Services smiller@tharpe-howell.com

Stacey A Miller on behalf of Creditor Porsche Leasing Ltd.
smiller@tharpe-howell.com

Kevin H Morse on behalf of Creditor Avitus Group, Inc.
kmorse@clarkhill.com, blambert@clarkhill.com

Shane J Moses on behalf of Debtor Scoobeez
smoses@foley.com

Shane J Moses on behalf of Plaintiff Scoobeez, Inc.
smoses@foley.com

Akop J Nalbandyan on behalf of Creditor Roy Anthony Catellanos
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Akop J Nalbandyan on behalf of Interested Party INTERESTED PARTY
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP rejoy.nalkara@americaninfosource.com

Anthony J Napolitano on behalf of Creditor Hillair Capital Management LLC
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

David L. Neale on behalf of Attorney Official Committee Of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. dln@lnbyb.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Shahan Ohanessian
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

Gregory M Salvato on behalf of Creditor Azad Baban

gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Gregory M Salvato on behalf of Interested Party INTERESTED PARTY
gsalvato@salvatolawoffices.com,

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf. inforuptcy.com

Jeffrey S Shinbrot on behalf of Creditor Shahan Ohanessian
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Steven M Spector on behalf of Creditor Hillair Capital Management LLC
sspector@buchalter.com,
IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Kimberly Walsh on behalf of Creditor Texas Comptroller of Public
Accounts bk-kwalsh@texasattorneygeneral.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com

Eric K Yaeckel on behalf of Creditor Arturo Vega
yaeckel@sullivanlawgroupapc.com

## Mailing List

Conway MacKenzie Inc.
333 S Hope St Ste 3625
Los Angeles CA  90071

Daimler Trust
c/o BK Servicing LLC
PO Box 131265
Roseville MN  55113-0011

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles CA  90067

Grigori Sedrakyan
c/o David B. Lally Esq
PO Box 355
Wilmington NY  12997-0355

Jay Seigel
Siegel & Siegel
2941 Main St Ste 200A
Santa Monica CA  90405

Peter and Barbara Ro, Trustees of the
Rosenthal Family Trust UTD 3/25/1988
c/o David B. Lally Esq
PO Box 355
Wilmington NY  12997-0355