MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin
richard.esterkin@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Appellant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – 
# WESTERN DIVISION

| | |
|---|---|
| AMAZON LOGISTICS, INC., | Case No. 2:20-cv-03230-AB |
| Appellant, | USBC Case No. 2:19-bk-14989-WB |
| v. | **APPELLANT AMAZON LOGISTICS, INC.'S EXCERPTS OF THE RECORD** |
| SCOOBEEZ, | |
| Appellee. | |

*In re Scoobeez, et al.*, C.D. Cal. Bankr. 2:19-bk-14989-WB

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 1 | ECF No. 1: Voluntary Petition for Non-Individuals Filing for Bankruptcy | ER0001 – ER0016 |
| 2 | ECF No. 60: Motion to Appear Pro Hac Vice of John A. Simon | ER0017 – ER0020 |
| 3 | ECF No. 77: Order Granting Motion to Appear Pro Hac Vice Name of Applicant: John A. Simon | ER0021 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 4 | ECF No. 112: Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) Filed by Debtor Scoobeez | ER0022 – ER0109 |
| 5 | ECF No. 293: Notice of Motion and Motion for Entry of an Order (i) Approving Bidding Procedures for Sale of Assets; (ii) Approving the Expense Reimbursement; (iii) Approving the Process for Notifying Non-Debtor Contract Counterparties of Assumption and Assignment of Contracts; and (iv) Granting Related Relief; Memorandum if Points and Authorities; Declaration of Brian Weiss | ER0110 – ER0266 |
| 6 | ECF No. 301: Order Extending Exclusive Period For Debtors To File And Confirm A Plan | ER0267 – ER0270 |
| 7 | ECF No. 315: Notice of Revised Form of Order (I) Approving Bidding Procedures for Sale of Assets; (II) Approving the Expense Reimbursement; (III) Approving the Process for Notifying Non-Debtor Contract Counterparties of Assumption and Assignment of Contracts; and (IV) Granting Related Relief and Exhibits Thereto | ER0271 – ER0347 |
| 8 | ECF No. 318: Notice of Executed Stalking Horse Purchase Agreement | ER0348 – ER0430 |
| 9 | ECF No. 321: Order (I) Approving Bidding Procedures For Sale of Assets; (II) Approving the Expense Reimbursement; (III) Approving the Process for Notifying Non-Debtor Contract Counterparties of Assumption and Assignment of Contracts; and (IV) Granting Related Relief (BNC-PDF) | ER0431 – ER0441 |

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 10 | ECF No. 329: Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Motion for Entry of Order (i) Authorizing the Sale of Substantially all of the Assets of Debtor Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Encumbrances and Interests, Subject to Higher and Better Bids; (ii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Such Sale; and (iii) Granting Related Relief; Memorandum of Points and Authorities; Declaration of Brian Weiss | ER0442 – ER0549 |
| 11 | ECF No. 331: Notice of Auction and Sale Hearing | ER0550 – ER0556 |
| 12 | ECF No. 332: Notice of Motion and Motion for Entry of Order (I) Authorizing the Sale of Substantially All of the Assets of Debtor Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Encumbrances and Interests, Subject to Higher and Better Bids; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Such Sale; and (III) Granting Related Relief | ER0557 – ER0559 |
| 13 | ECF No. 335: Notice Of Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All Of The Assets Of Debtor Outside The Ordinary Course Of Business, Free And Clear Of All Liens, Claims, Encumbrances And Interests, Subject To Higher And Better Bids; (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With Such Sale; And (III) Granting Related Relief | ER0560 – ER0562 |
| 14 | ECF No. 336: Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale | ER0563 – ER0574 |
| 15 | ECF No. 337: Notice of Sale of Estate Property | ER0575 – ER0578 |
| 16 | ECF No. 349: Amazon Logistics, Inc.'s Objection To Assumption And Assignment Of Delivery Provider Terms Of Service Work Order; And Declarations Of Vanessa Delany And Zane Brown In Support Thereof | ER0579 – ER0746 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 17 | ECF No. 360: Hillair Capital Management, LLC's Omnibus Reply To The Oppositions To The Debtors' Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All Of The Debtors' Assets, Etc. | ER0747 – ER0767 |
| 18 | ECF No. 361: Declaration of Scott D. Kaufman in Support of Hillair Capital Management, LLC's Omnibus Reply to the Oppositions to the Debtors' Motion for Entry of Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets | ER0768 – ER1049 |
| 19 | ECF No. 362: Request for Judicial Notice in Support of Hillair Capital Management, LLC's Omnibus Reply to the Oppositions to the Debtors' Motion for Entry of Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets | ER1050 – ER1327 |
| 20 | ECF No. 363: Hillair Capital Management, LLC's Reply To Amazon Logistics, Inc.'s Objection To Assumption And Assignment Of Delivery Provider Terms Of Service Work Order | ER1328 – ER1339 |
| 21 | ECF No. 364: Declaration of Scott D. Kaufman in Support of Hillair Capital Management, LLC's Reply to Amazon Logistic, Inc.'s Objection to Assumption and Assignment of Delivery Provider Terms of Service Work Order | ER1340 – ER1349 |
| 22 | ECF No. 365: Hillair Capital Management, LLC'S Ex Parte Motion For Order Authorizing Filing Of Confidential Documents Under Seal Pursuant To Federal Rule Of Bankruptcy Procedure 9018; Declaration of Anthony J. Napolitano | ER1350 – ER1361 |
| 23 | ECF No. 366: Debtors' Reply To Amazon Logistics, Inc.'s Objection To Assumption And Assignment Of Delivery Provider Terms Of Service Work Order | ER1362 – ER1374 |
| 24 | ECF No. 369: Debtors' Combined Reply To Oppositions To Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All Of The Assets Of Debtor Outside The Ordinary Course Of Business, Free And Clear Of All Liens, Claims, Encumbrances And Interests, Subject To Higher And Better Bids; (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With Such Sale; And (III) Granting Related Relief | ER1375 – ER1384 |

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 25 | ECF No. 370: Committee's Limited Response to Hillair Capital Management, LLC's Omnibus Reply to the Oppositions to the Debtors' Motion for Entry of Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets, Etc. [Dkt. No. 360] | ER1385 – ER1393 |
| 26 | ECF No. 375: Proof Of Service Of: 1. Order (I) Approving Bidding Procedures For Sale Of Assets; (II) Approving The Expense Reimbursement; (III) Approving the Process For Notifying Non-Debtor Contract Counterparties Of Assumption And Assignment Of Contracts; And (IV) Granting Related Relief; 2. Bid Procedures; And 3. Notice Of Auction And Sale Hearing 4. Notice Of Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All of the Assets of Debtor Outside The Ordinary Course Of Business, Free And Clear of All Liens, Claims, Encumbrances and Interests, Subject To Higher And Better Bids; (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases In Connection With Such Sale; And (III) Granting Related Relief | ER1394 – ER1410 |
| 27 | ECF No. 392: Complaint for: 1. Violation of the automatic stay [11 U.S.C. §362]; 2. Declaratory judgment; 3. Injunctive relief; And 4. Breach of the duty of good faith and fair dealing (Adversary Case 2:19-ap-01456) | ER1411 – ER1423 |
| 28 | ECF No. 393: Amazon Logistics, Inc.'s Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay; Memorandum of Points and Authorities and Request to Take Judicial Notice in Support Thereof | ER1424 – ER1607 |
| 29 | ECF No. 394: Notice of Motion for an Order (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1608 – ER1610 |
| 30 | ECF No. 400: Proof of Service of Amazon Logistics, Inc.'s Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay; Memorandum of Points and Authorities and Request to Take Judicial Notice in Support Thereof | ER1611 – ER1615 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 31 | ECF No. 401: Proof of Service of Amazon Logistics, Inc.'s Notice of Hearing on Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1616 – ER1620 |
| 32 | ECF No. 402: Amended Notice of Motion for an Order (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1621 – ER1626 |
| 33 | ECF No. 404: Omnibus Notice Of Continuance Of Status Conference And Hearings On: (1) Debtors' Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All Of The Assets Of Debtor Outside The Ordinary Course Of Business, Free And Clear Of All Liens, Claims, Encumbrances And Interests, Subject To Higher And Better Bids; (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With Such Sale; And (2) Hillair Capital Management, LLC's Ex Parte Motion For Order Authorizing Filing Of Confidential Documents Under Seal Pursuant To Federal Rule of Bankruptcy Procedure 9018 | ER1627 – ER1631 |
| 34 | ECF No. 405: Amazon Logistics, Inc.'s Motion for a Protective Order Quashing Document Requests and Deposition Notices Propounded by Hillair Capital Management, LLC; and Declaration of Richard W. Esterkin in Support Thereof | ER1632 – ER1672 |
| 35 | ECF No. 413: Hillair Capital Management, LLC's Opposition to Amazon Logistics Expedited Motion for Protective Order; Declaration of Jennifer L. Nassiri | ER1673 – ER1705 |
| 36 | ECF No. 416: Amazon Logistics, Inc.'s Opposition To Motion To File Under Seal (Docket No. 365) | ER1706 – ER1718 |
| 37 | ECF No. 417: Committee's Opposition to Amazon Logistics, Inc.'s Notice of Motion and for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay [Docket No. 393] | ER1719 – ER1737 |
| 38 | ECF No. 418: Hillair Capital Management, LLC's Initial Opposition to Amazon Logistics Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1738 – ER1799 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 39 | ECF No. 419: Debtors' Opposition to Amazon Logistics, Inc.'s Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1800 – ER1819 |
| 40 | ECF No. 423: Order Denying Amazon Logistics' Motion For A Protective Order Quashing Document Requests And Deposition Notices Propounded By Hillair Capital Management, LLC | ER1820 – ER1822 |
| 41 | ECF No. 428: Supplemental Opposition To Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All Of The Assets Of Debtor Outside The Ordinary Course Of Business, Free And Clear Of All Liens, Claims, Encumbrances And Interests, & Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases with Proofs of Service | ER1823 – ER1829 |
| 42 | ECF No. 430: Amazon Logistics, Inc.'s Reply in Support of Motion for Relief from Stay; and Declaration of James Wilson in Support Thereof | ER1830 – ER1847 |
| 43 | ECF No. 431: Amazon Logistics, Inc.'s Evidentiary Objections re Motion for Relief from Stay | ER1848 – ER1852 |
| 44 | ECF No. 432: Proof of Service of Amazon Logistics, Inc.'s Reply in Support of Motion for Relief from Stay; and Declaration of James Wilson in Support Thereof | ER1853 – ER1857 |
| 45 | ECF No. 433: Proof of Service of Amazon Logistics, Inc.'s Evidentiary Objections re Motion for Relief from Stay | ER1858 – ER1862 |
| 46 | ECF No. 434: Hillair Capital Management, LLC's Reply Regarding Motion For Order Authorizing Filing Of Confidential Documents Under Seal Pursuant To Federal Rule Of Bankruptcy Procedure 9018 | ER1863 – ER1867 |
| 47 | ECF No. 435: Debtors' Notice Of Filing Of Hillair Notice Of Termination Of Stalking Horse Purchase Agreement | ER1868 – ER1874 |
| 48 | ECF No. 436: Committee's Limited Response To Debtors' Notice Of Filing Of Hillair Notice Of Termination Of Stalking Horse Purchase Agreement [Dkt. No. 435] | ER1875 – ER1880 |

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 49 | ECF No. 437: Stipulation to Continue Hearing on Amazon Logistics, Inc.'s Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1881 – ER1886 |
| 50 | ECF No. 438: Order Approving Stipulation to Continue Hearing on Amazon Logistics, Inc.'s Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER1887 – ER1888 |
| 51 | ECF No. 472: Debtors' Notice Of Motion And Motion For Second Order Extending Exclusive Period For Debtors To File And Confirm A Plan; Memorandum Of Points And Authorities; Declaration Of Brian Weiss | ER1889 – ER1907 |
| 52 | ECF No. 474: Order Denying Motion For Entry Of Order (I) Authorizing The Sale Of Substantially All Of The Assets Of Debtor Outside The Ordinary Course Of Business, Free And Clear Of All Liens, Claims, Encumbrances And Interests, Subject To Higher And Better Bids; (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With Such Sale; And (III) Granting Related Relief | ER1908 – ER1909 |
| 53 | ECF No. 489: Stipulation to Continue Hearings on Motion re Automatic Stay and Chapter 11 Status Conference | ER1910 – ER1923 |
| 54 | ECF No. 491: Order Continuing Hearings on Motion re Automatic Stay and Chapter 11 Status Conference | ER1924 – ER1925 |
| 55 | ECF No. 508: Stipulation to Protective Order re: Amazon Logistics, Inc.'s Motion for Relief from Stay | ER1926 – ER1949 |
| 56 | ECF No. 518: Protective Order re: Amazon Logistics, Inc.'s Motion for Relief from Stay | ER1950 – ER1962 |
| 57 | ECF No. 534: Notice Of Motion And Motion For Relief From The Automatic Stay Under 11 U.S.C. §362 (with supporting declarations) | ER1963 – ER2000 |
| 58 | ECF No. 543: Stipulation to Continue Hearings on Motion re Automatic Stay and Chapter 11 Status Conference | ER2001 – ER2014 |

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 59 | ECF No. 545: Second Order Extending Exclusive Period for Debtors to File and Confirm a Plan (GRANTED; EXTENDED TO 2/28/2020) | ER2015 – ER2016 |
| 60 | ECF No. 546: Order Continuing Hearings on Motion re Automatic Stay and Chapter 11 Status Conference | ER2017 – ER2018 |
| 61 | ECF No. 567: Stipulation Between The Debtors And Amazon Logistics, Inc. For Limited Relief From The Automatic Stay | ER2019 – ER2024 |
| 62 | ECF No. 569: Notice Of Motion And Motion For Relief From The Automatic Stay Under 11 U.S.C. §362 (with supporting declarations) | ER2025 – ER2187 |
| 63 | ECF No. 570: Application For Order Setting Hearing On Shortened Notice | ER2188 – ER2195 |
| 64 | ECF No. 580: Order Approving Stipulation Between the Debtors And Amazon Logistics, Inc. For Limited Relief From The Automatic Stay | ER2196 – ER2199 |
| 65 | ECF No. 587: Order Granting Motion For Relief From The Automatic Stay Under 11 U.S.C. §362 | ER2200 – ER2201 |
| 66 | ECF No. 599: Chapter 11 Joint Plan of Reorganization as Proposed by the Debtors, Hillair and the Official Committee of Unsecured Creditors | ER2202 – ER2269 |
| 67 | ECF No. 601: Notice of Emergency Motion and Emergency Motion Pursuant to Local Rule 9075-1 to File Documents under Seal | ER2270 – ER2281 |
| 68 | ECF No. 605: Amazon Logistics, Inc.'s Ex Parte Motion for Order Authorizing Filing of Protected Materials Under Seal Pursuant to Federal Rule of Bankruptcy Procedure 9018; Declaration of Richard W. Esterkin | ER2282 – ER2520 |
| 69 | ECF No. 606: Declaration of Tuyet T. Nguyen in Support of Amazon Logistics, Inc.'s Supplemental Brief in Support of its Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER2521 – ER2537 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 70 | ECF No. 607: Declaration of Meredith Riccio in Support of Amazon Logistics, Inc.'s Supplemental Brief in Support of its Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER2538 – ER2543 |
| 71 | ECF No. 608: Order Granting Emergency Motion Pursuant to Local Rule 9075-1 to File Documents Under Seal | ER2544 – ER2545 |
| 72 | ECF No. 613: Debtors' Supplemental Brief (A) in Further Support of the Debtors' Emergency Motion for Preliminary Injunction to Prevent Violation of the Automatic Stay, and (B) in Opposition to Amazon Logistics Inc's Motion Modifying the Automatic Stay; Declaration of George Voskanian | ER2546 – ER2666 |
| 73 | ECF No. 614: Original Signature Page Declaration of George Voskanian Filed by Debtor Scoobeez | ER2667 – ER2668 |
| 74 | ECF No. 615: Declaration of Shane J. Moses in Support of Debtors' Supplemental Brief (A) in Further Support of the Debtors' Emergency Motion for Preliminary Injunction to Prevent Violation of the Automatic Stay, and (B) in Opposition to Amazon Logistics Inc's Motion Modifying the Automatic Stay | ER2669 – ER2792 |
| 75 | ECF No. 616: Notice of Emergency Motion and Emergency Motion Pursuant to Local Rule 9075-1 to File Documents Under Seal | ER2793 – ER2799 |
| 76 | ECF No. 617: Declaration of Shane J. Moses in Support of Debtors' Notice of Emergency Motion and Emergency Motion Pursuant to Local Rule 9075-1 to File Documents Under Seal | ER2800 – ER2804 |
| 77 | ECF No. 620: To be Filed Under Seal: Hillair Capital Management's Supplemental Opposition to Amazon's Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER2805 – ER3173 |
| 78 | ECF No. 623: Declaration of Meredith Riccio in Support of Amazon Logistics, Inc.'s Supplemental Brief in Support of its Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER3174 – ER3179 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 79 | ECF No. 624: Order Granting Emergency Motion Pursuant to Local Rule 9075-1 to File Documents Under Seal | ER3180 – ER3181 |
| 80 | ECF No. 625: Order Granting Amazon Logistics, Inc.'s *Ex Parte* Motion for Order Authorizing Filing of Protected Materials Under Seal Pursuant to Federal Rule of Bankruptcy Procedure 9018; Declaration of Richard W. Esterkin | ER3182 – ER3183 |
| 81 | ECF No. 629: Order Continuing Hearings on Amazon Logistics, Inc.'s Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay and Scheduling and Case Management Conference in a Chapter 11 Case | ER3184 – ER3185 |
| 82 | ECF No. 630: To be Filed Under Seal: Debtors' Supplemental Brief (A) in Further Support of the Debtors' Emergency Motion for Preliminary Injunction to Prevent Violation of the Automatic Stay, and (B) in Opposition to Amazon Logistics Inc's Motion Modifying the Automatic Stay; Declaration of George Voskanian | ER3186 – ER3306 |
| 83 | ECF No. 631: To be Filed Under Seal: Declaration of Shane J. Moses in Support of Debtors' Supplemental Brief (A) in Further Support of the Debtors' Emergency Motion for Preliminary Injunction to Prevent Violation of the Automatic Stay, and (B) in Opposition to Amazon Logistics Inc's Motion Modifying the Automatic Stay | ER3307 – ER3430 |
| 84 | ECF No. 635: Disclosure Statement in Support of Chapter 11 Joint Plan of Reorganization Proposed By the Debtors, Hillair and the Official Committee of Unsecured Creditors Filed by Debtor Scoobeez | ER3431 – ER3518 |
| 85 | ECF No. 636: Motion for Approval of Chapter 11 Disclosure Statement Motion For Entry of an Order (I) Approving the Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Form of Ballots and Establishing Procedures for Voting on Chapter 11 Joint Plan of Reorganization; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Establishing Confirmation Hearing Date and Notice and Objection Procedures Thereof Filed by Debtor Scoobeez | ER3519 – ER3593 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 86 | ECF No. 644: Order Approving Stipulation Between The Debtors And Arturo Vega And Unta Key For Limited Relief From The Automatic Stay to Proceed With State Court Settlement Approval | ER3594 – ER3596 |
| 87 | ECF No. 657: Notice of Emergency Motion and Emergency Motion to File an Amended Supplemental Opposition and Exhibits, and to Restrict Access to the Previously Filed Documents | ER3597 – ER3701 |
| 88 | ECF No. 658: Amazon Logistics, Inc.'s Notice of Non-Opposition to Motion to File an Amended Supplemental Opposition and Exhibits, and to Restrict Access to the Previously Filed Documents [Docket No. 657] | ER3702 – ER3708 |
| 89 | ECF No. 672: Hillair Capital Management's (I) Request to Schedule Evidentiary Hearing and (II) Evidentiary Objections to Declarations in Support of Amazon's Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER3709 – ER3721 |
| 90 | ECF No. 675: Order Granting Hillair Capital Management's Emergency Motion to File an Amended Supplemental Opposition and Exhibits, and to Restrict Access to the Previously Filed Documents | ER3722 – ER3723 |
| 91 | ECF No. 677: Order Continuing Hearings on Amazon Logistics, Inc.'s Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay and Scheduling and Case Management Conference in a Chapter 11 Case | ER3724 – ER3725 |
| 92 | ECF No. 679: Hillair Capital Management's Amended Supplemental Opposition to Amazon's Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER3726 – ER3888 |
| 93 | ECF No. 685: To be Filed Under Seal: Amazon Logistics, Inc's Supplemental Brief in Support of its Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay; and Declaration of James Wilson in Support Thereof | ER3889 – ER4025 |

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 94 | ECF No. 686: To be Filed Under Seal: Appendix of Exhibits in Support of Amazon Logistics, Inc's Supplemental Brief in Support of its Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay; and Declaration of James Wilson in Support Thereof | ER4026 – ER4183 |
| 95 | ECF No. 697: Transcript Order Form regarding March 16, 2020 Hearing Date and Associated Transcript from Expedited Motion of Hillair Capital Management, LLC to Intervene as a Co-Plaintiff in Adversary Proceeding for Limited Purpose of Enforcing the Automatic Stay | ER4184 – ER4263 |
| 96 | ECF No. 698: Transcript Order Form regarding March 19, 2020 Hearing Date and Associated Transcript from Debtor's Motion for Entry of Order (I) Approving the Debtor's Exercise of the Purchase Option; (II) Authorizing the Sale of Real Property Located at 3463 Foothill, Glendale, CA; and (III) Granting Related Relief | ER4264 – ER4316 |
| 97 | ECF No. 705: Order Denying Amazon Logistics, Inc.'s Notice of Motion and Motion for an Order: (A) Determining that the Automatic Stay Does Not Require Amazon to Utilize Debtor's Services, and (B) Modifying the Automatic Stay | ER4317 – ER4320 |
| 98 | ECF No. 706: Notice of Appeal and Statement of Election | ER4321 – ER4333 |
| 99 | ECF No. 709: Notice of Referral of Appeal | ER4334 – ER4356 |
| 100 | ECF No. 732: First Amended Chapter 11 Joint Plan Of Reorganization As Proposed By The Debtors, Hillair And The Official Committee Of Unsecured Creditors | ER4357 – ER4424 |
| 101 | ECF No. 737: Notice Of Filing Of Amended Plan And Amended Disclosure Statement | ER4425 – ER4428 |
| 102 | ECF No. 761: Transcript Order Form regarding November 4, 2019 Hearing Date and Associated Transcript for Amazon Logistics, Inc.'s Motion for a Protective Order Quashing Document Requests and Deposition Notices Propounded by Hillair Capital Management, LLC | ER4429 – ER4460 |

*In re Scoobeez, et al.*, C.D. Cal. Bankr. 2:19-ap-01456-WB

**Proof of Claims**

| Exhibit No. | Claim Register No. | Date Filed | Page(s) |
|---|---|---|---|
| 103 | 23-1 | 9/5/2019 | ER4461 – ER4526 |
| 104 | 31 | 9/6/2019 | ER4527 - ER4531 |
| 105 | 32 | 9/6/2019 | ER4532 - ER4536 |
| 106 | 37-1 | 10/5/2019 | ER4537 - ER4539 |
| 107 | 37-2 | 10/5/2019 | ER4540 |
| 108 | 38 | 10/5/2019 | ER4541 - ER4544 |
| 109 | 39 | 10/5/2019 | ER4545 - ER4547 |
| 110 | 39-2 | 10/5/2019 | ER4548 - 4551 |

*Scoobeez, Inc. v. Amazon Logistics, Inc. (In re Scoobeez, et al)*

C.D. Cal. Adv. No. 2:19-ap-01456-WB

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 111 | ECF No. 2: Motion For a Temporary Restraining Order Debtors' Notice of Motion and Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Violation of the Automatic Stay; Declarations of Brian Weiss, George Voskanian, Scott Sheikh, and Ashley McDow in Support Thereof | ER4552 – ER4598 |
| 112 | ECF No. 6: Notice of Motion and Expedited Motion of Hillair Capital Management, LLC to Intervene as a Co-Plaintiff in Adversary Proceeding for the Limited Purpose of Enforcing the Automatic Stay | ER4599 - ER4639 |
| 113 | ECF No. 7: Declaration Of Sean M. McAvoy in Support Of Hillair Capital Management, LLC's Expedited Motion to Intervene as a Co-Plaintiff In Adversary Proceeding for the Limited Purpose of Enforcing the Automatic Stay | ER4640 – ER4792 |

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 114 | ECF No. 9: Declaration of Shane Moses Regarding Notice and Service of Debtors' Notice of Motion and Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Violation of the Automatic Stay | ER4793 – ER4795 |
| 115 | ECF No. 10: Amazon Logistics, Inc.'s Opposition To Application For Temporary Restraining Order And Declarations Of James Wilson And Richard W. Esterkin In Support Thereof | ER4796 – ER4978 |
| 116 | ECF No. 14: Proof of service of Motion to Intervene as Co-Plaintiff for the Limited Purpose of Enforcing the Automatic Stay and Declaration of Sean M. McAvoy in Support of Motion to Intervene | ER4979 – ER4981 |
| 117 | ECF No. 19: Notice Of Filing Of Proof Of Service (re: related document(s) *Motion to Intervene as Co-Plaintiff for the Limited Purpose of Enforcing the Automatic Stay and Declaration of Sean M. McAvoy In Support of Motion to Intervene*) | ER4982 – ER4985 |
| 118 | ECF No. 20: Amazon Logistics, Inc.'s Opposition To Motion To Intervene | ER4986 – ER4998 |
| 119 | ECF No. 21: Supplemental Pleading in Support of Debtors' Motion for Preliminary Injunction to Prevent Violation of the Automatic Stay; Declarations in Support Thereof | ER4999 – ER5009 |
| 120 | ECF No. 23: Amazon Logistics, Inc.'s Supplemental Opposition To Motion For Preliminary Injunction; And Declaration Of James Wilson In Support Thereof | ER5010 – ER5020 |
| 121 | ECF No. 24: Amazon Logistics, Inc.'s Evidentiary Objections Re Motion For Preliminary Injunction | ER5021 – ER5024 |
| 122 | ECF No. 25: Proof Of Service Of Amazon Logistics, Inc.'s Supplemental Opposition To Motion For Preliminary Injunction; And Declaration In Support Thereof | ER5025 – ER5027 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | ECF No.: Title | Page(s) |
|---|---|---|
| 123 | ECF No. 26: Proof Of Service Of Amazon Logistics, Inc.'s Evidentiary Objections Re: Motion For Preliminary Injunction | ER5028 – ER5030 |
| 124 | ECF No. 27: Transcript regarding Hearing Held 10/28/19 | ER5031 – ER5063 |
| 125 | ECF No. 28: Reply In Support Of Hillair Capital Management, LLC's Motion To Intervene As a Co-Plaintiff In Adversary Proceeding For The Limited Purpose Of Enforcing The Automatic Stay | ER5064 – ER5088 |
| 126 | ECF No. 49: Amazon Logistics, Inc.'s Answer to Complaint and Demand for Jury Trial | ER5089 – ER5102 |
| 127 | ECF No. 57: Order Granting Hillair Capital Management, LLC's Motion To Intervene as a Co-Plaintiff in Adversary Proceeding for the Limited Purpose of Enforcing the Automatic Stay | ER5103 – ER5105 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES