MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin
richard.esterkin@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Appellant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMAZON LOGISTICS, INC., <br><br>   Appellant, <br><br>   v. <br><br> SCOOBEEZ, <br><br>   Appellee. | Case No. 2:20-cv-03230-AB <br><br> USBC Case No. 2:19-bk-14989-WB <br><br> **STIPULATION TO DISMISSAL** |

Pursuant to the provisions of Federal Rule of Bankruptcy Procedure 8023, the parties hereto hereby stipulate to the dismissal of this appeal with prejudice, each party to bear its own costs and fees.

////
////
////
////
////
////
////

(Signatures on following page)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 39350246.1

1

| | |
|---|---|
| Dated: July 30, 2020 | MORGAN, LEWIS & BOCKIUS LLP<br>Richard W. Esterkin<br><br>By /s/ Richard W. Esterkin<br>    Richard W. Esterkin<br><br>*Attorneys for Appellant, Amazon Logistics, Inc.* |
| Dated: July 30, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Crystal Nix-Hines<br><br>By *[signature]*<br>    Crystal Nix Hines<br><br>*Attorneys for Appellee Hillair Capital Management, LLC* |
| Dated: July 30, 2020 | FOLEY & LARDNER LLP<br>John Simon<br><br>By *[signature]*<br>    John Simon<br><br>*Attorneys for Appellee, Scoobeez* |

DB2/ 39350246.1

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1596.

On August 5, 2020, I served true and correct copies of the following documents:

## STIPULATION TO DISMISSAL

☒ [ELECTRONIC TRANSMISSION] by electronically transmitting the above-referenced documents to the Clerk's Office using the CM/ECF System of the United States District Court, Central District of California for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Ashley Marie McDow and John Simon on behalf of Appellee, Scoobeez, Inc.
amcdow@*foley*.com; jsimon@foley.com

Sean A O'Keefe on behalf of Appellee, Scoobeez, Inc.
sokeefe@okeefelc.com

Shane J Moses on behalf of Appellee, Scoobeez, Inc.
smoses@foley.com

Dare Law on behalf of the United States Trustee
dare.kaw@usdoj.gov

☒ [BY ELECTRONIC MAIL] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

David Neale and John-Patrick M. Fritz on behalf of the Official Committee of Unsecured Creditors
DLN@lnbyb.com; JPF@lnbyb.com

Jennifer L. Nassiri and Crystal Nix-Hines on behalf of Hillair Capital Management, LLC
jennifernassiri@quinnemanuel.com; crystalnixhines@quinnemanuel.com

Executed on August 5, 2020, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Renee Robles*

———————————————
Renee Robles

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DB2/ 39350246.1