JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMAZON LOGISTICS, INC.,<br><br>　　　　Appellant,<br><br>　　v.<br><br>SCOOBEEZ,<br><br>　　　　Appellee. | Case No. 2:20-cv-03230-AB<br><br>USBC Case No. 2:19-bk-14989-WB<br><br>[~~PROPOSED~~] ORDER DISMISSING APPEAL<br><br>Judge: Honorable André Birotte Jr. |

The parties having stipulated thereto (Dkt. No. 27), pursuant to the provisions of Federal Rule of Bankruptcy Procedure 8023, this appeal is hereby **DISMISSED**. Each party is to bear its own costs and fees.

Dated: August 13, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. André Birotte Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

1